STATE OF CONNECTICUT *v.* DOROTHY PETRUCELLI

STATE OF CONNECTICUT *v.* ARTHUR J.
PETRUCELLI, JR.
(AC 23528)
(AC 23529)

Lavery, C. J., and Schaller and McLachlan, Js.

Argued January 20—officially released February 10, 2004

Per Curiam. The judgment is affirmed.

HOLLY PERRON *v.* GERARD M. ROBERT
(AC 23737)

Foti, West and Hennessy, Js.

Argued January 21—officially released February 10, 2004

Per Curiam. The judgment is affirmed.